### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| vs. : | Case No: **4:23-cr-24** |
| : | |
| **CHRISTOPHER UPSHAW,** : | |
| : | |
| **Defendant** : | |

## ORDER

Before the Court is Defendant Christopher Upshaw's Motion for Continuance. (Doc. No. 17.) Defendant moves to continue the Pre-Trial Conference and trial in this matter, that is currently set for 4:00 p.m. on Thursday, October 26, 2023 (Doc. No. 16.) The Assistant United States Attorney does not oppose this request.

The Court finds that based on the circumstances outlined in the Motion, it is in the interests of justice to grant said Motion, and that these interests outweigh the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice.

Accordingly, the Motion for Continuance (Doc. No. 17) is **GRANTED**, and it is hereby ordered that this case shall be continued until the March 2024 term of Court. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A)-(B).

It is SO ORDERED, this **19th** day of **October, 2023**.

S/Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT JUDGE